UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

NATALIE POTTS,                        )
                                      )
*Plaintiff*,                          )
                                      )        Case No. 3:13-cv-479
v.                                    )
                                      )        Judge Mattice
CAROLYN W. COLVIN,                    )
Commissioner of Social Security,      )        Magistrate Judge Guyton
                                      )
*Defendant*.                          )
                                      )

## **ORDER**

On May 1, 2014, United States Magistrate Judge H. Bruce Guyton filed a Report and Recommendation (Doc. 23) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Guyton recommended that Defendant's Motion to Dismiss be granted.[1]

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[2] Nevertheless, the Court has reviewed the record in this matter, and it agrees with the Magistrate Judge's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Guyton's findings of fact and conclusions of law. Defendant's Motion to Dismiss (Doc. 13) is

---

[1] The Court's electronic docket reflects that Magistrate Judge Guyton's Report and Recommendation was returned as undeliverable with no forwarding address on May 19, 2014. (Doc. 24). However, this is the address that Plaintiff provided to receive communications from the Court and, if she has relocated, she has failed to provide an updated address since her relocation in December 2013.

[2] Magistrate Judge Guyton specifically advised Plaintiff that she had 14 days in which to object to the Report and Recommendation and that failure to do so would waive her right to appeal. (Doc. 45); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

hereby **GRANTED**, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.**

      **SO ORDERED** this 18th day of July, 2014.

_____/s/ Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE
